# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINO OCHOA INIGUEZ, ) | Case No. CV 09-1902-JEM |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

    In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner and Remanding for Immediate Payment of Benefits filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and REMANDED for immediate payment of benefits.

DATED: August 4, 2010            */s/ John E. McDermott*
                                                   JOHN E. MCDERMOTT
                                         UNITED STATES MAGISTRATE JUDGE