1 | JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
2 | 5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
3 | Telephone: 323-954-9600
Fax: 323-954-9616
4 | E-mail: lawoffice5750@aol.com

5 | Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| DELFINO OCHOA INIGUEZ, | NO. CV 09-1902 JEM |
| Plaintiff, | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ORDERED that EAJA fees are awarded in the amount of four thousand, two hundred dollars ($4,200.00), subject to the provisions of the EAJA.


Dated:   October 21, 2010        */s/ John E. McDermott*
                                 JOHN E. MCDERMOTT
                                 UNITED STATES MAGISTRATE JUDGE